FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

15 JUN 15 PM 1:38

**PRO SE CIVIL COMPLAINT**

OFFICE OF THE CLERK

Case No. _8:15CV 220_

(the court will assign a number)

---

## I.   CASE CAPTION:   Parties to this Civil Action:

Pursuant to Fed. R. Civ. P. 10(a), the names of **all** parties must appear in the case caption.
The court will **not** consider a claim against any defendant who is not listed in the caption.

A.   Plaintiff(s) Name(s):          Address(es):          Telephone No. (only if
                                                          **you are NOT** a prisoner)

                                                          336-406-6281

Cletis Goodman          5501 Pinebrook Ln Winston Salem NC. 27105

---

B.   Defendant(s) Name(s):                    Address(es) If known:

Sanfford Pollack                    1003 H street Lincoln NE 68308

Jennifer Stehlik Ladman          653 G Pawnee City NE 68420

Brody Duncan                    161 South 8th street Seward NE 68434

State of Nebraska; Seward County Nebraka +

Sheriff department

Thomas R Johnson   367 Frail Lane Conway SC. 29526

---

(Attach extra sheets if necessary.)

Page 1 of 6

## II. STATEMENT OF CLAIM(S)

State briefly the facts of your claim. Describe how each defendant is involved. You do not need to give legal arguments or cite cases or statutes. Use as much space as you need to state the facts. (Attach extra sheets if necessary.)

A.   **When** did the events occur?

March 15, 2009 - August 21, 209 my case was dismissed on June 13, 2011. Thats Whe I found out that mr. Thomas R. Johnson had my vehicle 2001 Volvo Truck.

B.   **What** happened?

On March 15, 2009, H owned a 2001 Maroon Volvo Semi Truck and traken VIN# 4V4NC9GHS5IN308593 On March 15, 2009, my semi-truck and traika were seized by defendant Seward Conty Sheriff Department, Defendent Seward County sheriffs Department was aware that title to they truck had been conveyed to me on August 18, 2008. On August 21, 2009, Defender Jennifer Stehlick Ladman, Acting in her capacity as the Second Chief Dupty County Attorney for Seward County Nebraka, requested that Thomas R. Johnson excute a release of liability for my semi-truck and trailer. On August 2009 the defendants were aware that

Page 2 of 6

**II. STATEMENT OF CLAIM(S)** (continued)

I owned the semi-truck and trailer and I was the only party authorized to sign any documents relating to the truck and trailer. Defendants did not contact, nor have they produced any documented proof that Thomas R. Johnson received a release of liability or a signed release by Thomas R. Johnson was in fact executed in regards to my semi-truck and trailer. Neither Seward County, Nebraska or the Seward County Sheriffs Department were contacted or made aware of the release of liability document referes to above. I was not aware of the release of liability document noted above. I learned that my semi-truck and trailer have been misappropriated and trans-served for profit thereby precluding my recovery of property.

**III. STATEMENT OF JURISDICTION**

Page 3 of 6

Check any of the following that apply to this case (you may check more than one):

_____ ✓ United States or a federal official or agency is a party

_____ ✓ Claim arises under the Constitution, laws or treaties of the United States

_____ ✓ Violation of civil rights

_____ Employment discrimination

_____ ✓ Diversity of Citizenship (a matter between citizens of different states in which the amount in controversy exceeds $75,000)

_____ Other basis for jurisdiction in federal court (explain below)

_____

_____

_____

_____

_____

## IV.  STATEMENT OF VENUE

State briefly the connection between this case and Nebraska. For example, does a party reside or do business in Nebraska? Is a party incorporated in Nebraska? Did an injury occur in Nebraska? Did the claim arise in Nebraska?

Venue of this action is proper in this Court pursuant
to 28 U.S.C. § 1391(b) in that was brought in the
Federal Judicial where the Defendants reside, the act
Complained of occurred and damages resulted

## V.  RELIEF

State briefly what you want the court to do for you.

*The deBendarts should be held accountable for they Action. A declaration that the acts And omission descibed herein violated my constitutional due process rights. Damage in the amout which fully And fairly compensate me for Injaies*

## VI.    EXHAUSTION OF ADMINISTRATIVE PROCEDURES

Some claims, but not all, require exhaustion of administrative procedures.  Answer the questions below to the best of your ability.

A.    Have the claims which you make in this civil action been presented through any type of administrative procedure within any state or federal government agency?

Yes ___✓___        No _____

B.    If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure:

*I fike a civil suite on June 12, 2012, my Attorney got disbarred and no one else would take my case*

C.    If you answered no, give the reasons, if applicable, why the claims made in this action have not been presented through administrative procedures:

_____

_____

_____

*Punitive damages in an amount sufficient to deter others and punish the defendates. Interest and cost, including reasonable Attorney fees parsuant 42 usc + 1988 Any other relief the Court deems just, proper and equitoble under the circumstances*

**VII.   ARE YOU REQUESTING TRIAL BY A JURY OR BY A JUDGE? (check one):**

JURY _____✓_____          JUDGE _____

**VIII.   VERIFICATION**

**I (we) declare under penalty of perjury that the foregoing is true arid correct.**

Date(s) Executed:                Signature(s) of Plaintiff(s):

_____

_____

_____

_____

_____

_____

_____

_____

Note:

IF YOU CANNOT AFFORD TO PAY THE COURT'S FILING FEE UPON THE FILING OF
YOUR COMPLAINT, THERE IS A SEPARATE FORM TO BE USED FOR APPLYING TO
PROCEED IN FORMA PAUPERIS.   Also, if there is more than one plaintiff in the case who
wishes to proceed in forma pauperis, **each such plaintiff must submit a separate application to
proceed in forma pauperis.**

IN THE DISTRICT COURT OF SEWARD COUNTY, NEBRASKA

STATE OF NEBRASKA, )
) CASE NO: CR09-34
PLAINTIFF, )
)
v. )
) DISMISSAL
CLETIS GOODMAN, )
)
DEFENDANT. )
)

**FILED**
SEWARD CO. DISTRICT COURT

JUN 1 3 2011

JACQUELYN STEWART
CLERK OF THE DISTRICT COURT

NOW ON THIS _13th_ day of June, 2011, this matter comes on before the Court on the

State's Motion to dismiss the above captioned matter at _State_ ' s cost. Upon the information

received and being otherwise fully advised in the premises, the Motion is granted. _Bond_

_released_ _Aff_
IT IS SO ORDERED.

BY THE COURT:

_____
DISTRICT COURT JUDGE

( ) Defendant
( ) County Attorney
( ) Attorney for Defendant
( )



000027303D16

FROM:                                                    10/05/2011  12:10        #238 P.004/004

PAGE1                        08-22-2011 11:05  CLETIS B. GOODMAN 3367617449

# SEWARD COUNTY ATTORNEY
### 529 SEWARD ST.
### SEWARD, NEBRASKA 68434

PHONE (402) 643-2795
CHILD SUPPORT (402) 643-3764
FAX (402) 643-4614

WENDY L. ELSTON                                         JAIME L. HOPP
SEWARD COUNTY ATTORNEY                                  DEPUTY COUNTY ATTORNEY

August 17, 2011

Reginald D. Alston
8 West Third Street  Ste #260
Winston-Salem, NC  27101

### RE: State v. Cletis B. Goodman; CR09-34

Dear Mr. Alston:

I am in receipt of your letter to myself and Sheriff Joe Yocum, dated August 10, 2011.
On March 15, 2009, Mr. Goodman was found to be hauling 116 lbs. of marijuana on his
trailer, which is a crime in the State of Nebraska. Mr. Goodman's criminal charges were
dismissed on June 13, 2011, without prejudice to the State on June 13, 2011. The statute
of limitations in Nebraska is 3 years. In the field of criminal law, there are many reasons
why a case may be dismissed, many which do not mean that the accused is innocent. The
dismissal of the referenced charges, by no means imply that Mr. Goodman was innocent
of the filed charges. I choose not disclose the reason for my decision in this letter.

As far as Mr. Goodman's semi truck and trailer, it was towed off site from the hotel due
to the arrest of the Defendant.  The truck and trailer were not being held by the State past
August 21, 2009. A copy of the release of evidence was provided to Mr. Goodman via
his attorney, on August 21, 2009. Accordingly, any interest the State had in the property
terminated on that date. Mr. Goodman and his attorney, at all relevant times, were aware
of the location of his truck/trailer. My records do not show any request by your client or
his attorney for release of the truck/trailer. Presumably, Mr. Goodman and his attorney
understood that the truck/trailer was not in the custody of the State to give consent to
release.

My understanding is that Mr. Goodman failed to make arrangements to pick up his
truck/trailer from the tow yard, at such time the tow company disposed of the property
according to Nebraska law.

Sincerely,

Wendy L. Elston
Seward County Attorney

## RELEASE OF LIABILITY

I, Thomas R. Johnson, do hereby release Seward County, the Seward

County Sheriff's Office, and any employee therewith, of any claim, right or obligation as to the

condition of the following vehicle, owned by me, as a result of the actions on the part of law

enforcement on March 15, 2009. I understand that I am accepting responsibility for my vehicle

in its current condition and that Seward County and the Seward County Sheriff's Office will not

be held responsible for alterations made to the structure or mechanical fitness of the vehicle

which may effect the vehicle's road worthiness, and said entities and their employees will not be

held liable for any damage or injury caused by the vehicle's subsequent use.

Vehicle Description: Semi Truck
Make/Model: Volvo        Year: 2001     Color: Maroon

VIN: 4V4NC9GH5IN308593

DATED this _____ day of _____, 2009.

_____

D.O.B.: _____
Address: _____
         _____
         _____
Phone:   _____

**SEWARD COUNTY ATTORNEY**
529 SEWARD ST.
SEWARD, NEBRASKA 68434

PHONE (402) 643-2795
CHILD SUPPORT (402) 643-3764
FAX (402) 643-4614

WENDY L. ELSTON
SEWARD COUNTY ATTORNEY

JENNIFER STEHLIK LADMAN
CHIEF DEPUTY COUNTY ATTORNEY

JAIME L. HOPP
DEPUTY COUNTY ATTORNEY

August 21, 2009

Seward Sheriff's Office
261 S. 8th
Seward, NE 68434

RE:   **State of Nebraska v. Cletis Goodman**

Deputy Duncan:

This is authorization for you to release the vehicle and its contents, seized on March 15, 2009, to the vehicle's owner, Thomas R. Johnson. Mr. Johnson is required to sign the release of liability prior to the release of said vehicle. If any items of personal property are not released to Mr. Johnson at this time, prepare an inventory of seized property, to be signed by him, and provide a copy to Mr. Johnson for his records.

If you have any questions, feel free to contact me.

Sincerely,

Jennifer Stehlik Ladman
Seward Chief Deputy County Attorney
529 Seward St.
Seward, NE 68434
(402) 643-2795

JSL/tmr

cc: Sandy Pollack
    Hymark Towing

5

# STATE OF SOUTH CAROLINA
## CERTIFICATE OF TITLE
### OF A VEHICLE

VEHICLE ID NUMBER.          YEAR  MAKE    MODEL        NEW/USED
4V4NC9GH51N308593           2001  VOLVO   VOLVO        USED

BODY STYLE    DATE ISSUED   ODOMETER    WEIGHT    TITLE NUMBER
TK            01-21-2008                18000     770260186255329

VEHICLE BRAND(S)
EXEMPT

FULL NAME OF OWNER(S)                CUSTOMER NUMBER:  024012864
JOHNSON, THOMAS R
567 FRAIL LN
CONWAY SC 295268537

FIRST LIENHOLDER
CONWAY NATIONAL BANK
110 HIGHWAY 17 N                              1ST LIEN RELEASED  8 / 18 / 08
NORTH MYRTLE BEACH SC 295823038                                    (DATE)
DATE OF LIEN      01/14/2008              BY
                                            (AUTHORIZED AGENT)

THE SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES HEREBY CERTIFIES THAT THE PERSON HEREIN IS
REGISTERED BY THIS DEPARTMENT AS THE LAWFUL OWNER OF THE VEHICLE DESCRIBED SUBJECT TO THE
LIENS, IF ANY, HEREIN SET FORTH.

MARCIA S. ADAMS                                MARK SANFORD

**REMOVE SIDE EDGES FIRST**
**THEN SLIDE FINGER UNDER LONG EDGE TO OPEN**

## SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES

### ASSIGNMENT OF A VEHICLE

Fill and print in require that you agree the vehicle in connection with the transfer of ownership. Failure to complete or providing a false statement may result in these and/or imprisonment.
**NOTICE: ANY ALTERATIONS OR ERASURE VOIDS THE ASSIGNMENT** — ASSIGNMENT(S) MUST BE MADE IN DARK INK

The undersigned hereby certifies that title to the vehicle described herein has been transferred on this _____12_____ day of _____August_____ year _____2008_____ to:

| | | | | |
|---|---|---|---|---|
| Name | Street | City | State | Zip Code |

and is subject to the following lien

Name of Lienholder _____ Address _____ Date of Lien _____

I hereby to the best of my knowledge that the odometer reading is the ACTUAL mileage of the vehicle unless one of the following statement/s is checked. STOP! DO NOT check one of the following unless it applies.

Odometer Reading (no tenths) _____

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
**WARNING: ODOMETER DISCREPANCY**

Date of Sale _____
Sales Price $ 7500.00
Less Trade-In $ _____
Taxable Total $ _____

I am aware of the above odometer certification made by the seller(s)

Signature(s) of Buyer(s) _____
Hand Print Name of Buyer(s) Clefes B. Goodwin sr.

Signature of Seller(s) Thomas R. Johnson
Hand Print Name(s) of Seller(s) THOMAS R. JOHNSON
Address 767 Trail Lane Conway SC 29526

### ASSIGNMENTS BY DEALER/WHOLESALER/AUCTION

The undersigned hereby certifies that title to the vehicle described herein has been transferred on this _____ day of _____ year _____ to:

| | | | | |
|---|---|---|---|---|
| Name | Street | City | State | Zip Code |

and is subject to the following lien

Name of Lienholder _____ Address _____ Date of Lien _____

I certify to the best of my knowledge that the odometer reading is the ACTUAL mileage of the vehicle unless one of the following statements is checked. STOP! DO NOT check one of the following unless it applies.

Odometer Reading (no tenths) _____

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
**WARNING: ODOMETER DISCREPANCY**

Dealer/Wholesaler
Auctions License Number _____

I am aware of the above odometer certification made by the seller(s)

Signature(s) of Buyer(s) _____
Hand Print Name of Buyer(s) _____

Signature of Seller(s) Clefes B. Goodwin
Hand Print Name(s) of Seller(s) Clefes B. Goodwin
Address 5501 Pinebrook Ln wilmington SC

---

The undersigned hereby certifies that title to the vehicle described herein has been transferred on this _____ day of _____ year _____ to:

| | | | | |
|---|---|---|---|---|
| Name | Street | City | State | Zip Code |

and is subject to the following lien

Name of Lienholder _____ Address _____ Date of Lien _____

I certify to the best of my knowledge that the odometer reading is the ACTUAL mileage of the vehicle unless one of the following statements is checked. STOP! DO NOT check one of the following unless it applies.

Odometer Reading (no tenths) _____

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
**WARNING: ODOMETER DISCREPANCY**

Dealer/Wholesaler
Auctions License Number _____



Welcome Jan Wilson! Logout

for Canal Insurance Company ▼

**Carrier Search**   **VITAL Search**   **SALES Search**   [-] Hide

*Searching... 37,700,427 Inspections   2,935,139 Accidents   63,043,091 Vehicles*

### 1. Please fill out *at least* one of the following search fields

| | | |
|---|---|---|
| VIN | Equals ▼ | 4V4NC9GH51N308593 |
| License # | Equals ▼ | |

Docket #   MC ▼
State ID (DOT / PUC) #
US DOT #

### 2. Optional - Specify any additional filter parameters

Inspection Date    From
                   To

Registered State (abbr)   All ▼
Vehicle Type              All ▼

### 3. Choose output options:

Group results by   ⦿ Vin ◯ License #    Display:    Inspections and Accidents ▼

Search  Reset

View Search History

## Vehicle Information

| | | | |
|---|---|---|---|
| **WMI** | 4 - United States ; V4 - VOLVO COMPLETE | **AXLES** | 3 AXLES |
| **MAKE** | 2001 VOLVO COMPLETE (NCIC: VOLV) | **TYPE** | TRUCK TRACTOR (CAB ONLY WITH / WITHOUT TRAILER(S)) |
| **MODEL** | 6X4 TRUCK TRACTOR CONV. | **GVWR** | > 33,000 LBS |

Download to Excel

### VIN: 4V4NC9GH51N308593

DOT #: _244311_ - T S EXPEDITING SERVICE INC, _27681 CUMMINGS ROAD_, _MILLBURY_, OH _43447-9762_

| | Date | State | Location | Shipper Name | Unit Type | Unit Make | Unit License | License State |
|---|---|---|---|---|---|---|---|---|
| Details | 10/11/06 | OK | US69 AT I-40 | | TRUCK TRACTOR | VOLV | R7FH55 | TX |

DOT #: _1454218_ - ADAMS FAMILY TRANSPORT LLC, _306 HADLEY HALL RD_, _WEST COLUMBIA_, SC _29172_

| | Date | State | Location | Shipper Name | Unit Type | Unit Make | Unit License | License State |
|---|---|---|---|---|---|---|---|---|
| Details | 3/13/08 | NM | LORDSBURG PORT OF ENTRY | CLETIS B. GOODMAN | TRUCK TRACTOR | VOLV | P799807 | SC |

DOT #: _1681550_ - ROSE AUTO GROUP LLC, _2700 FEATHER RUN TRL APT G8_, _WEST COLUMBIA_, SC _29169_

| | Date | State | Loc | Carrier Search ⌄ | VITAL Search ⌄ | SALES Search ⌄ | About CAB ⌄ | My Ac |
|---|---|---|---|---|---|---|---|---|
| Details | 5/2/08 | CA | WINTERHAVEN AREA | | TRUCK TRACTOR | VOL | P799807 | SC |

DOT #: _1453852_ - CLETIS B GOODMAN TRUCKING LLC, _5501 PINEBROOK LANE_, _WINSTON SALEM_, NC _27105_

| | Date | State | Location | Shipper Name | Unit Type | Unit Make | Unit License | License State |
|---|---|---|---|---|---|---|---|---|
| Details | 6/9/08 | WA | SC 33 BOW HILL (POE) | ROSE AUTO GROUP | TRUCK TRACTOR | VOLV | P799807 | SC |

**Q** *DOT #: 1454218 - ADAMS FAMILY TRANSPORT LLC, 306 HADLEY HALL RD, WEST COLUMBIA, SC 29172*

| | Date | State | Location | Shipper Name | Unit Type | Unit Make | Unit License | License State |
|---|---|---|---|---|---|---|---|---|
| Details | 8/1/08 | NM | LORDSBURG PORT OF ENTRY | JAM JONE | TRUCK TRACTOR | VOLV | P799807 | SC |

**Q** *DOT #: 1453852 - CLETIS B GOODMAN TRUCKING LLC, 5501 PINEBROOK LANE, WINSTON SALEM, NC 27105*

| | Date | State | Location | Shipper Name | Unit Type | Unit Make | Unit License | License State |
|---|---|---|---|---|---|---|---|---|
| Details | 1/11/09 | CA | RAINBOW IF | | TRUCK TRACTOR | VOL | P799807 | SC |

**Q** *DOT #: 1705230 - THOMAS R JOHNSON, 367 FRAIL LANE, CONWAY, SC 29526*

| | Date | State | Location | Shipper Name | Unit Type | Unit Make | Unit License | License State |
|---|---|---|---|---|---|---|---|---|
| Details | 6/21/11 | SC | FLORENCE CNTY SECONDARY ROADS | | TRUCK TRACTOR | VOLV | P719743 | SC |

| Violations: | Code: | 396.17c | Description: | Operating a CMV without proof of a periodic inspection | Category: | PERIODIC INSPECTION |
|---|---|---|---|---|---|---|
| | Code: | 393.9a | Description: | Inoperative required lamps | Category: | LIGHTING |
| | Code: | 393.9a | Description: | Inoperative required lamps | Category: | LIGHTING |
| | Code: | 393.24a | Description: Noncompliance with headlamp requirements | | Category: | LIGHTING |

| Details | 11/16/11 | NC | US701 NEAR NC131 | | TRUCK TRACTOR | VOLV | P719743 | SC |
|---|---|---|---|---|---|---|---|---|

| Violations: | Code: | 393.9H | Description: | Inoperative head lamps | Category: | LIGHTING |
|---|---|---|---|---|---|---|

| Details | 4/19/12 | SC | US 701 GEORGETOWN COUNTY | | TRUCK TRACTOR | VOLV | P719743 | SC |
|---|---|---|---|---|---|---|---|---|
| Details | 7/25/12 | NC | US-701 NEAR NC131 | | TRUCK TRACTOR | VOLV | P719743 | SC |

| Violations: | Code: | 396.3a1 | Description: | Inspection/repair and maintenance parts and accessories | Category: ALL OTHER VEHICLE DEFECTS |
|---|---|---|---|---|---|

**Joseph O. Yocum**
Seward County Sheriff
261 South 8th Street
Seward, Nebraska 68434



**REASON CHECKED**
☑ Moved, Left No Address
☐ Return For Postage
☐ Temporarily Away
☐ Attempted
☐ Refused

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**

7008 1830 0002 5342 3077



N046J81008734
**$05.24⁰**
02/25/2010
Mailed From   68434
00442484
US POSTAGE

**RECEIVED**
MAR 04 2010
SEWARD COUNTY SHERIFF
SEWARD     3434

Goodman Trucking
503 By Quarters
Dumfries  VA  22134-2221

NIXIE      201   5E 1      72  02/28/10

**RETURN TO SENDER**
**NO SUCH STREET**
**UNABLE TO FORWARD**

2213432221 C004   BC1 68434241781   *2295-07456-25-42
68434⁰2417


BUILDING HAS BEEN TORN

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CLETIS & ZONIN TRUCKING
3503 REASON CHECKED QUARTERS
☐ Moved, Left No Address
☐ Insufficient Address
☐ Temporary Away
☐ Attempted, Not Known        VA
☐ Refused                     22134-2221
☐ Unclaimed

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

ABAN
VET

2. Article Number
   (Transfer from service label)      7008 1830 0002 5342 3077

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

*12*

## OFFICE OF THE SHERIFF
## SEWARD COUNTY

261 South 8th Street
Seward, NE 68434

Joseph O. Yocum
Sheriff

Phone (402) 643-2359
Fax (402) 643-4852



February 25, 2010

Clebáis B. Goodman
3503 B Quarters
Quantico, VA· 22134-2221 ·

RE:   Abandoned Motor Vehicle
      VIN:   5EOAX134X7G164801
      Make:  Cottrell
      . Model:   trailer
      Year: . 2007
      Color:  black

According to the records of the Department of Motor Vehicles, you are the last registered owner of the vehicle identified above. This vehicle has been abandoned, and if not claimed within 30 days, the Seward County Sheriff's Office will sell, auction or retain such vehicle for our own use. This is in accordance with Nebraska State Statutes 60-1901 to 60-1911.

You may claim the vehicle by presenting proof of identification and paying the towing and storage fees within the next 30 days. You may contact us to learn the cost of those fees, the location of your vehicle, or to tell us your intent to regain the vehicle or to disclaim it.

If you fail to respond to this letter, we will dispose of the vehicle 30 days after the above date. If the vehicle is auctioned or sold, the proceeds from the sale, less any towing, storage and sale expenses will be held without interest for you or any lien holders for two years.

Please feel free to call this office at (402) 643-2359 with any questions you may have.

Sincerely,

David D. Wood
Sergeant


DDW/

*1 6*

# AFFIDAVIT AND REQUEST FOR CERTIFICATE OF TITLE
## FOR ABANDONED MOTOR VEHICLE

STATE OF NEBRASKA,      )
                        ) ss.
COUNTY OF SEWARD        )

David D. Wood, being first duly sworn on oath, deposes and says that:

He is the Sergeant and an agent of, Seward County Sheriff's Office, State of Nebraska. That Seward County Sheriff's Office is currently in possession of the following described motor vehicle:  2007 Cottrell 48 ft. flatbed car trailer , VIN: 5EOAX134X7G164801.

That the aforesaid motor vehicle was abandoned with Hy-Mark Towing 575 South st., Staplehurst, NE  68439., Seward County, Nebraska, and that after due and diligent notice and inquiry, said motor vehicle remains unclaimed or the ownership is unknown. Further, that notice was sent by Certified or Registered United States Mail to all owners of record, and to all parties found as a result of notice and inquiry to have a lien or mortgage against the title to such motor vehicle.

The last owner of record is:  Cletis  B. Goodman Trucking, 3503 B Quarters, Quantico, VA 22134-2221 ; said address no longer exists; building torn down per postal service..

That the foregoing statements are such evidence as Seward County Sheriff's Office   has, and is requested to issue a Certificate of Title to Seward County Sheriff's Office which will allow it to dispose of the aforesaid motor vehicle pursuant to Neb. Rev. Stat.   §60-1901 *et. seq.*

DATED this 10th day of March, 2010, .

Subscribed and sworn to before me this ___11 TH___ day of ___March___, 2010

GENERAL NOTARY - State of Nebraska
CHRISTINA R. MATULKA
My Comm. Exp. March 19, 2012

Notary Public

*15*



*Nebraska*
**DMV**
Department of Motor Vehicles

# APPLICATION FOR CERTIFICATE OF TITLE

**FEE $10.00**

## APPLICATION SHOULD BE PRESENTED TO THE DESIGNATED COUNTY OFFICIAL IN THE COUNTY WHERE THE VEHICLE HAS SITUS

APPLICATION FOR *DUPLICATE* CERTIFICATE OF TITLE SHOULD BE MADE ON THE REVERSE SIDE.

☐ Salvage ☐ Previously Salvaged ☐ Non-Transferable ☐ Manufacturer Buyback  Taxi Use ☐ Yes ☐ No

| Vehicle/Hull Identification Number | 5EOAX134X7G164801 | | |
|---|---|---|---|
| 2007 | Cottrell | car trailer | 48 ft |
| Year | Make | Model | Body Style/Hull Length |
| black | | | |
| Color | GVWR/Hull Material | Capacity/Propulsion | |

### APPLICANT (S) INFORMATION

Applicant(s) hereby state that he/she/they is/are the lawful owner(s) or purchaser(s) of the vehicle described above and make application for a Certificate of Title.

SEWARD CO. AUTHORITY

| Last Name | First Name | Middle Initial |
|---|---|---|
| | | |
| Last Name | First Name | Middle Initial |
| | | |
| Last Name | First Name | Middle Initial |

| 261 SO. 8TH ST. | SEWARD | NE | 68434 |
|---|---|---|---|
| Address (Street or RR and PO Box) | City | State | Zip |

Mailing Address (If other than above)

The undersigned being duly sworn depose or affirm and say that the information provided on this application is true and complete. Use of a false or fictitious name, knowingly making a false statement or knowingly concealing a material fact in this application can result in a fine or imprisonment or both and cancellation of your certificate of title.

| Signature of Applicant | Signature of Applicant |
|---|---|
| | 03-11-2010 |
| Signature of Applicant | Date |

### LIEN INFORMATION       FEE $7.00

The following is a full statement of all liens, mortgages or encumbrances on said vehicle:

If none, state here  none                                      If more than two liens noted, please check: ☐

**First Lien:** Name and Address of Lienholder        **Second Lien:** Name and Address of Lienholder

Note: A copy of the lien instrument must be presented before a lien can be noted.

**SALVAGE** vehicle is a late model vehicle that has been wrecked, damaged or destroyed to the extent that the estimated total cost of repair to restore it to its condition prior to being wrecked, damaged or destroyed, and a condition for legal operation upon the highways, exceeds 75% of the retail value of the vehicle at the time the vehicle was wrecked, damaged or destroyed.
- When an insurance company acquires a vehicle through payment of a total loss settlement on account of damage, they are required to obtain a SALVAGE Certificate of Title.
- Any person who acquires ownership of a SALVAGE vehicle shall obtain a SALVAGE Certificate of Title prior to use or sale of the vehicle or any major component part.

*Printed on recycled paper*                                      *RV-707 Revised 3/07*

# NEBRASKA CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION/HULL NUMBER | YEAR | MAKE | | BODY STYLE/HULL LENGTH |
|---|---|---|---|---|
| 5E0AX134X7G164801 | 2007 | COTTRELL | MODEL | 48' |
| | | | CAR TRAILER | |

| PURCHASE DATE | ISSUE DATE | PREVIOUS TITLE NUMBER/STATE | TITLE TYPE |
|---|---|---|---|
| 3/11/2010 | 3/11/2010 COLOR | ABANDON | ORIGINAL |
| | BLK | | |

| GVWR/HULL MATERIAL | CAPACITY/PROPULSION | ODOMETER/WATERCRAFT REGISTRATION |
|---|---|---|
| | | EXEMPT |

LEGENDS

**OWNER(S) NAME AND ADDRESS**
SEWARD CO AUTHORITY
261 SO 8TH STREET
SEWARD, NE 68434

PREVIOUS OWNER(S) / CITY / STATE
CLETIS B. GOODMAN TRUCKING
QUANTICO, VA 22134

**LIEN RELEASES**

| 1ST LIEN | First Release By: | |
|---|---|---|
| | Title: | Date (mo, day, yr.): |
| | County: | Date (mo, day, yr.): |
| 2ND LIEN | Second Release By: | |
| | Title: | Date (mo, day, yr.): |
| Schachian | County: | Date (mo, day, yr.): |
| Lien Filed | | |

## SELLER MUST COMPLETE — PURCHASER'S INFORMATION

Federal and State law requires that the seller state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. (RETAIN COPY FOR 5 YEARS).

The undersigned, being the owner of the vehicle described within the Certificate of Title, hereby sells and assigns all right, title and interest in and to said Certificate of Title and the vehicle described therein to the following named purchasers.

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked.

| ODOMETER READING | NO TENTHS | | ☐ 1. The mileage stated is in excess of its mechanical limits. ☐ 2. The odometer reading is not the actual mileage. WARNING—ODOMETER DISCREPANCY. |
|---|---|---|---|

| | Name of Purchaser(s) |
|---|---|
| ALL OWNERS WHOSE NAMES APPEAR ON THE FACE OF THIS TITLE MUST SIGN. | |
| Signature of Seller | Address |
| Signature of Seller | City     State   Zip |
| Signature of Seller | I AM AWARE OF THE ODOMETER STATEMENTS MADE BY THE SELLER(S) |
| Printed Name of Seller (Only One Printed Name Required) | Signature of Purchaser |
| DAVID D WOOD   SCA. | |
| Date of Sale: | Printed Name of Purchaser |
| 03-11-2010 | |

| INVENTORY CONTROL NUMBER | COUNTY | TITLE NUMBER |
|---|---|---|
| D01674086 | SEWARD | 10070160001 |

County Official     WITNESS MY HAND AND OFFICIAL SEAL THE DATE SHOWN ABOVE

BOB DAHMS

By
PS     TOTAL:     D01674086
REV 12/03

COPY

## JOSEPH O. YOCUM
### SEWARD COUNTY SHERIFF

261 South 8ᵗʰ Street                              Phone: (402) 643-2359
Seward, Nebraska 68434                          Fax: (402) 643-4852

## APPLICATION FOR ABANDONED VEHICLE TITLE

*Request being made by:*

Company /Name __Hy MARk Town__

Address __245 A__ __Stookyurst__ __Nc__ __68435__
     Street          City          State    Zip Code

Phone __643 - 5058__ Date of Request __2 - 16 - 2010__

Signature _____

Description:                      48' FLAT Bed / car hauler

Make of Vehicle __TRAILER__ Model __CottRell__ Year __07__
Color __Black__ LIC __55-005__ ST __Virginia__ VIN: __5EOAX 134 7 164801__

Location of Vehicle: __Hy 15   Supce TX__

Date vehicle was abandoned __3-15-2009__ Circumstances/Reason __All lost__

_____

*********** *DO NOT WRITE BELOW THIS LINE OFFICE USE ONLY* ***********

INSPECTED BY:_____ DATE:_____ MILEAGE: None

OWNER NAME:_____ DATE OF LETTER:_____

LIEN HOLDER NAME:_____ DATE OF LETTER:_____

### AFFIDAVIT INFORMATION

Card/Letter Returned date:_____ Affidavit due date:_____

Affidavit completed date:_____ Charge:_____ Date Paid:_____

# VINCENT VALENTINO

## ATTORNEY AT LAW

Vincent Valentino
Brandy Johnson

CenterStone
100 N. 12th St., Suite 200
P.O. Box 84640
Lincoln, NE 68501-4640

Telephone: 402.742.9240
Fax No: 402.742.9250

February 11, 2015

Reginald D. Alston
Attorney at Law
8 West Third Suite 260
Winston-Salem, NC 27101

RE:  Cletis D. Goodman

Dear Mr. Alston:

Your letter of January 7, 2015 sent to the Seward County Attorney has once again been referred to me. Why you insist on contacting my clients directly remains a mystery to me.

On April 13, 2013, the case of *Goodman v. State of Nebraska, et. al.*, Case No. 8:12-cv-00202 was dismissed by the United States District Court for the District of Nebraska. All of the operative events alleged in the Complaint filed set forth dates of March 15th, 2009 through August 21st, 2009.

On March 28, 2013, you and I, and the adjuster assigned to this file had a conversation at which time an offer was extended of fifty thousand dollars ($50,000.00) to settle the matter. A release was prepared for that amount for your client to sign if he accepted. You told me you would speak with your client and get back to me. You called me within the hour and asked if the County would settle for sixty thousand dollars (($60,000.00), and you were advised at that time the offer would not be increased. You never re-contacted our office again.

Unfortunately for your client, there is a four year statute of imitations in Nebraska that controls civil rights claims like the one that was asserted in the dismissed complaint referenced above. We believe the claim of Mr. Goodman is now time-barred. Thank you.

Sincerely,

Vincent Valentino
Attorney at Law

cc:   Wendy Elston, Seward County Attorney
      Bill Hilton