IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLETIS GOODMAN,<br><br>                Plaintiff,<br><br>vs.<br><br>SANFFORD POLLACK; JENNIFER STEHLIK LADMAN; BRODY DUNCAN; STATE OF NEBRASKA; SEWARD COUNTY, NEBRASKA; SEWARD COUNTY SHERIFF'S OFFICE,<br><br>                Defendants. | **8:15CV220**<br><br>**ORDER** |

       This matter is before the Court on plaintiff's notice of voluntary dismissal which was filed as a supplemental motion to amend (Filing No. 20). The plaintiff voluntarily dismisses without prejudice any claims against defendants Sanfford Pollack, State of Nebraska, and Brody Duncan. The Court notes that no objections have been filed and finds that the motion should be granted.

       IT IS ORDERED THAT:

       1)    Plaintiff's motion to amend (Filing No. 20) is granted; and

       2)    Defendants Sanfford Pollack, State of Nebraska, and Brody Duncan are dismissed without prejudice.

       IT IS FURTHER ORDERED THAT:

       1) Defendant Sanfford Pollack's motion to dismiss (Filing No. 14) is denied as moot.

       Dated this 17th day of August, 2015

                                                            BY THE COURT:

                                                         s/ Joseph F. Bataillon
                                                         Senior United States District Judge